```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
JOSE QUEZADA,                                                          :
                                                                       :
                              Plaintiff,                               :
                                                                       :     22 Civ. 4484 (JPC)
            -v-                                                        :
                                                                       :     ORDER
LSPACE AMERICA, LLC,                                                   :
                                                                       :
                              Defendant.                               :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On July 6, 2022, Defendant filed a letter requesting a pre-motion conference in connection with its anticipation motion to dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6). Dkt. 8. On July 7, 2022, the Court directed Plaintiff to respond to Defendant's pre-motion letter by July 11, 2022. Dkt. 9. The July 11, 2022 deadline has passed and Plaintiff has not filed any response to Defendant's pre-motion letter. Accordingly, it is hereby ORDERED that, by July 14, 2022, Plaintiff shall respond to Defendant's letter, including whether Plaintiff intends to file an amended complaint.

SO ORDERED.

Dated: July 12, 2022
       New York, New York

_____
JOHN P. CRONAN
United States District Judge