UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
JOSE QUEZADA, Individually, and On : Case No.: 1:22-cv-04484-JPC
Behalf of All Others Similarly Situated, :
:
:
        Plaintiff, :
vs. : **NOTICE OF VOLUNTARY DISMISSAL**
:
:
LSPACE AMERICA, LLC, :
:
        Defendant. :
:
:
---------------------------------------------------------------x

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Jose Quezada hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against defendant Lspace America, LLC.

DATED:  July 14, 2022          **MIZRAHI KROUB LLP**

                               /s/ Edward Y. Kroub
                               ─────────────────────────
                               EDWARD Y. KROUB

                               EDWARD Y. KROUB
                               JARRETT S. CHARO
                               WILLIAM J. DOWNES
                               200 Vesey Street, 24th Floor
                               New York, NY  10281
                               Telephone:  212/595-6200
                               212/595-9700 (fax)
                               ekroub@mizrahikroub.com
                               jcharo@mizrahikroub.com
                               wdownes@mizrahikroub.com

                               *Attorneys for Plaintiff*